**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-05074-WLH-DTB** Date: **September 14, 2026**

Title: **Luis Fernando Juarez Perez v. Warden, Adelanto ICE Processing Center, et al**

=================================================================

**DOCKET ENTRY**

=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| | |
|---|---|
| Rebecca Camacho | n/a |
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
|---|---|
| None present | None present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING VIOLATION OF GENERAL ORDER 26-05**

On September 3, 2026, the Court issued its Notice of General Order 26-05 and Briefing Schedule, which requires Respondents to file a notice of appearance within 3 calendar days of the entry of notice and an answer within 7 days of the entry of the notice. (Docket No. 5 at 2). Counsel for Respondents has not yet appeared nor filed an answer. Respondents are therefore ordered to show cause for the potential violation of General Order 26-05 on or before **September 15, 2026**, and may do so by filing an answer to the petition. If Respondents do not file an answer, the Court will rule upon the unopposed Petition.

Because no attorney has yet entered a notice of appearance for Respondents, the Court instructs the Deputy Clerk to send a copy of this order to Alarice M. Medrano, whom the Court understands to oversee the unit handling immigration-detention petitions for the U.S. Attorney's Office.

cc: Alarice M. Medrano, Assistant United States Attorney
Counsel of record

**IT IS SO ORDERED**.