**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FERNANDO JUAREZ PEREZ,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-05074-WLH-DTB<br>**FINAL JUDGMENT** |

On September 24, 2026, the Court issued an Order RE Petition for Writ of Habeas Corpus ("Order") requiring Respondents to immediately release Petitioner from custody, reinstate the same release conditions that were in place prior to Petitioner's detention on June 25, 2026, return any of Petitioner's confiscated personal property, and file a Notice of Compliance no later than 3 days after the entry of the Order. (Order, Dkt. No. 9, at 15). The Order also enjoined Respondents from re-detaining Petitioner or imposing any other restriction on his liberty, including but not limited to electronic monitoring, without first providing notice and opportunity to be heard before a neutral arbiter, in which the government bears the burden of proving, by clear and convincing evidence, that he is a flight risk or danger to the community.

(*Id.*). The Order also permitted Petitioner to "file a motion for judgment . . . for a stay of removal [from the United States] no later than 30 days from today; if Petitioner determines this claim is not viable, he shall file a notice of abandonment of this claim so that the Court may enter final judgment in the case." (Order at 14). On September 28, 2026, Respondents filed a Notice of Compliance stating that Petitioner had been released on September 24, 2026. (Notice of Compliance, Dkt. No. 10, at 2). Over 30 days have elapsed since the Court's Order was entered, and Petitioner has not filed any motion or notice. As such, Petitioner's request for an injunction against removal is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Petition is **GRANTED** in part and **DENIED** in part. Respondents are **PERMANENTLY ENJOINED** from re-detaining Petitioner or imposing any other restriction on his liberty, including but not limited to electronic monitoring, without first providing notice and opportunity to be heard before a neutral arbiter, in which the government bears the burden of proving, by clear and convincing evidence, that he is a flight risk or danger to the community, pursuant to the terms of the Order issued on September 24, 2026. Respondents are **ORDERED** to serve a copy of this Final Judgment on Petitioner at his last known address.

Dated: October 28, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE